# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:13-CR-213- |
| | § | SDJ-CAN |
| BRYSON ANTONIO SHANKS (1) | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Now before the Court is the request for revocation of Defendant Bryson Antonio Shanks's ("Defendant") supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on October 12, 2021, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson of the Federal Public Defender's Office. The Government was represented by Wes Wynne.

Defendant was sentenced on January 14, 2015, before The Honorable Marcia A. Crone of the Eastern District of Texas, Sherman Division after pleading guilty to the offense of Felon in Possession of a Firearm, a Class C felony. This offense carried a statutory maximum imprisonment term of 10 years. The guideline imprisonment range, based on a total offense level of 21 and a criminal history category of VI, was 77 to 96 months. Defendant was subsequently sentenced to 59 months imprisonment to be followed by a 3-year term of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure, substance abuse treatment and testing, and mental health treatment. On April 26, 2019, Defendant completed his period of imprisonment and began service of the supervision term. On June 6, 2019, Defendant's terms of supervised release were modified by the Court to include the condition he reside in a residential reentry center for a period of 180 days. On June 17, 2019, Defendant's terms

of supervised release were modified by the Court to include the condition he take all mental health medications as prescribed.

On November 2, 2020, the United States Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision [Dkt. 46, Sealed]. The Petition asserts that Defendant violated five (5) conditions of supervision, as follows: (1) The defendant shall not leave the judicial district without the permission of the Court or probation officer; (2) The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer; (3) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment; (4) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; and (5) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer [Dkt. 45 at 1-2, Sealed].

The Petition alleges that Defendant committed the following acts: (1) On May 22, 2019, Defendant was staying in New Braunfels, Texas, located in the Western District of Texas. Defendant did not have permission to leave the Eastern District of Texas; (2) Defendant failed to report as directed to the U.S. Probation Office for the months of July, August, September, and October 2020; (3) Defendant failed to notify the probation officer at least ten days in advance that he was terminated from his employment on July 3, 2020. Defendant failed to notify the probation officer at least ten days in advance that he changed his residence on or about July 2020. His current location is unknown; (4) On May 17, 2019, Defendant tested positive for the use of methamphetamine. On May 28, 2019, Defendant tested positive for the use of marijuana. On December 3, 2019, Defendant tested positive for the use of Synthetic Cannabinoids (Spice); and

(5) Defendant failed to notify the probation officer within seventy-two hours of being questioned by a law enforcement officer on August 28, 2020 and September 27, 2020 [Dkt. 45 at 1-2, Sealed].

Prior to the Government putting on its case, Defendant entered a plea of true to allegation 4 of the Petition. The Government withdrew the remaining allegations. Having considered the Petition and the plea of true to allegation 4, the Court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this Court [Dkts. 60; 61].

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of imprisonment of fourteen (14) months, with no term of supervised release to follow.

The Court also recommends that Defendant be housed in a Bureau of Prisons facility in Arizona, if appropriate.

**SIGNED this 20th day of October, 2021.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE